IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 10-cv-0797-MJR-SCW |
| AMANDA L. ADAMS, | ) | |
| Defendant. | ) | |

## ORDER GRANTING MOTION FOR DEFICIENCY JUDGMENT

REAGAN, District Judge:

The United States of America ("the Government") filed the above-captioned action in October 2010, seeking to foreclose a lien against certain real property located in Marion County, Illinois. The sole named Defendant was Amanda L. Adams (the mortgagor).

In March 2011, the Court entered a Judgment and Order Directing Sale of Mortgaged Property (Doc. 11). Under the terms of that Order, the Government was directed to sell the real estate and petition the Court for any deficiency against the mortgagors. A June 2011 sale for the sum of $23,000 (*see* Doc. 13) left a deficiency still due to the United States from Amanda Adams of $28,842.01. The Government now moves the Court for entry of a Deficiency Judgment in that amount (Doc. 15). The Court **GRANTS** the motion (Doc. 15) and **ORDERS** as follows.

The Clerk of Court shall enter a Deficiency Judgment in favor of the United States and against Amanda L. Adams in the amount of **$28,842.01.** Post-judgment interest shall accrue

˜1˜

at the legal rate pursuant to 28 U.S.C. § 1961(a) and shall be computed daily and compounded annually until paid in full.

DATED July 12, 2011.

s/ Michael J. Reagan  
MICHAEL J. REAGAN  
United States District Judge